# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B. YOAKUM, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-10-278 |
| PBK ARCHITECTS, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Plaintiff's unopposed motion for leave for William Matthew Murphy to join the action as an additional plaintiff and to file first amended complaint (Dkt. 25) is GRANTED. It is therefore ORDERED that the first amended complaint is deemed filed as of the date of the granting of the unopposed motion for leave.

Signed at Houston, Texas on October 22, 2010.

_____
Gray H. Miller
United States District Judge